UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Catherine F Devine

v.  Case No.: 4:14−cv−01782

Educational Testing Service

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Frances H Stacy

**PLACE:**
Courtroom 704
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 12/3/2014

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Initial Conference

Date:   September 24, 2014

David J. Bradley, Clerk